UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KENNETH MANFREDI and
KENNETH BUZZI,

         Plaintiffs,

v.                         Case No. 1:13-cv-0002-JRH-WLB

STEPHENS & MICHAELS ASSOCIATES, INC.;
and DOES 1-10, inclusive,

         Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Stephens & Michaels Associates, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                    Hall Booth Smith, P.C.

                                    */s/ Glenn Jones*
                                    Glenn E. Jones, Esq.
                                    Georgia Bar No. 612374
                                    *Attorney for Defendant,*
                                    *Stephens & Michaels Associates, Inc.*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Telephone:   (912) 554-0093
Facsimile:    (912) 554-1973
gjones@hallboothsmith.com

**CERTIFICATE OF SERVICE**

I certify that on this <u>26th</u> day September 2013, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiffs' counsel as described below.  Parties may access this filing through the Court's system.

Cara Hergenroether, Esq.<br>
Lemberg & Associates, LLC<br>
1400 Veterans Memorial Highway<br>
Suite 134, # 150<br>
Mableton, GA  30126

Hall Booth Smith, P.C.

<u>/s/ Glenn Jones</u>
Glenn E. Jones, Esq.
Georgia Bar No. 612374.
*Attorney for Defendant,*
*Stephens & Michaels Associates, Inc.*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Telephone:    (912) 554-0093
Facsimile:     (912) 554-1973
gjones@hallboothsmith.com