IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| Kenneth Manfredi and Kenneth Buzzi,<br><br>  Plaintiffs,<br>v.<br><br>Stephens & Michaels Associates, Inc.; and DOES 1-10, inclusive,<br><br>  Defendants. | Civil Action No.<br><br>1:13-cv-00002-JRH-WLB |

**STIPULATED DISMISSAL WITH PREJUDICE**

PlaintiffsKenneth Manfredi and Kenneth Buzziand Defendant Stephens & Michaels Associates, Inc., L.L.C., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Kenneth Manfredi and Kenneth Buzzi dismiss *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 10th day of February, 2014.

| | |
|---|---|
| **LEMBERG LAW L.L.C.** | **HALL, BOOTH, SMITH, P.C.** |
| /s/ Cara Hergenroether | /s/ Glenn E. Jones |
| Cara Hergenroether, Esq. | Glenn E. Jones, Esq. |
| Georgia Bar No.: 570753 | Georgia Bar No. 612374 |
| *Attorney for Plaintiff Kenneth Manfredi and Kenneth Buzzi* | *Attorney for Defendant Stephens & Michaels Associates, Inc.* |
| 1400 Veterans Memorial Highway<br>Suite 134, #150<br>Mableton, GA 30126<br>Telephone: (855) 301-2100 ext. 5516<br>Facsimile: (888) 953-6237<br>Email: chergenroether@lemberglaw.com | 3528 Darien Highway, Suite 300<br>Brunswick, Georgia 31525<br>Telephone: (912) 554-0093<br>Facsimile: (912) 554-1973<br>Email: gjones@hallboothsmith.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2014, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Glenn E. Jones
Hall, Booth, Smith, P.C.
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
*Attorney for Defendant Stephens & Michaels Associates, Inc.*

    /s/Cara Hergenroether
    Georgia Bar No. 570753
    Attorney for Plaintiff

LEMBERG LAW L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424