IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH MANFREDI and KENNETH BUZZI, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 113-002 |
| STEPHENS & MICHAELS ASSOCIATES, INC., and DOES 1-10, | * * * | |
| Defendants. | * | |

O R D E R

Presently pending before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. no. 13.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of February, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA